# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128208

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FLETCHER JOHNSON,
       Plaintiff-Appellant,

v

                                     SC: 128208
                                     COA: 257270

GENERAL MOTORS CORPORATION,
       Defendant-Appellee.
                                     WCAC: 03-0342

_____/

      On order of the Court, the application for leave to appeal the January 31, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk